Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## AMENDED APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields 3-6, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | | |
|---|---|---|---|
| 1. Your Name:* | John W. Howard | 7. Your Phone Number: | (619) 234-2842 |
| 2. Your Email Address:* | johnh@jwhowardattorneys.com | 8. Full Case Number (if applicable): | 3:21-cv-07894 |
| 3. Receipt Number:* | 0971-16476627 | 9. Fee Type:* | ☐ Attorney Admission<br>☑ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. Transaction Date:* | 10/07/2021 | | |
| 5. Transaction Time:* | 9:20 am | | |
| 6. Transaction Amount (Amount to be refunded):* | $ 402.00 | | |

**10. Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** receipt number in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

This is a duplicate charge, receipt #0971-16476627. Correct payment receipt # is: 0971-16476735. I was filing the complaint and uploaded documents and entered payment information. Once I got to the last section that has the "submit" button, I noticed the complaint was against the Plaintiffs but it should be against the Defendants. I backed spaced but it wouldn't take me back to where I can make the change. I then accidentally hit X which completely took me off the page. I immediately signed back in and started over again. It should not have processed because I did not submit it for filing. I have not filed with this court in a very long time and am not familiar. We wouldn't file duplicate complaint and pay twice.

✓ *Efile this form using* **OTHER FILINGS** → **OTHER DOCUMENTS** → **APPLICATION FOR REFUND.**

*View detailed instructions at:* cand.uscourts.gov/ecf/payments. *For assistance, contact the ECF Help Desk at 1-866-638-7829 or* ecfhelpdesk@cand.uscourts.gov *Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☐ Approved  ☐ Denied  ☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |