Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## AMENDED APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields 3-6, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | | |
|---|---|---|---|
| 1. **Your Name:**\* | John W. Howard | 7. **Your Phone Number:** | (619) 234-2842 |
| 2. **Your Email Address:** \* | johnh@jwhowardattorneys.com | 8. **Full Case Number (if applicable):** | 3:21-cv-07894 |
| 3. **Receipt Number:**\* | 0971-16476627 | 9. **Fee Type:**\* | ☐ Attorney Admission<br>☑ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. **Transaction Date:**\* | 10/07/2021 | | |
| 5. **Transaction Time:**\* | 9:20 am | | |
| 6. **Transaction Amount** (Amount to be refunded):\* | $ 402.00 | | |

**10. Reason for Refund Request:**\* *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** receipt number in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

This is a duplicate charge, receipt #0971-16476627. Correct payment receipt # is: 0971-16476735. I was filing the complaint and uploaded documents and entered payment information. Once I got to the last section that has the "submit" button, I noticed the complaint was against the Plaintiffs but it should be against the Defendants. I backed spaced but it wouldn't take me back to where I can make the change. I then accidentally hit X which completely took me off the page. I immediately signed back in and started over again. It should not have processed because I did not submit it for filing. I have not filed with this court in a very long time and am not familiar. We wouldn't file duplicate complaint and pay twice.

✓ *Efile this form using* **OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.**

*View detailed instructions at:* cand.uscourts.gov/ecf/payments. *For assistance, contact the ECF Help Desk at 1-866-638-7829 or* ecfhelpdesk@cand.uscourts.gov *Monday - Friday 9:00 a.m.- 4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: | ☑ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

**APPROVED** By Ana Banares at 6:32 pm, Oct 13, 2021

## Plastic Card - Refund Detail

| | |
|---|---|
| Application Name: | CAND CM ECF |
| Pay.gov Tracking ID: | 26TJ86A5 |
| Agency Tracking ID: | 0971-16476627 |
| Payment Method: | Plastic Card |
| Transaction Type: | Refund |
| Current Date and Time: | 10/18/2021 05:24 PM ET |
| Transaction Amount: | $402.00 |
| Account Holder Name: | John Howard |
| Card Type: | AmericanExpress |
| Account Holder Name: | ************5007 |

*REVIEWED*
*By KwanC at 2:26 pm, Oct 18, 2021*