John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Marshall A. Camp, State Bar No. 231389
mcamp@hueston.com
Joseph Reiter, State Bar No. 294976
jreiter@hueston.com
Haoxiaohan Cai, State Bar No. 331131
hcai@hueston.com
Joseph Crusham, State Bar No. 324764
jcrusham@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:     (213) 788-4340
Facsimile:     (888) 775-0898

*Attorneys for Defendants Kaiser Foundation Hospitals,
Kaiser Foundation Health Plan, Inc., The Permanente
Medical Group, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED KP FREEDOM ALLIANCE, an unincorporated association; LE-LAN JORGENSEN, an individual; LAURA YVANOVICH, an individual; ROBIN DRUMMOND, an individual, TRACEY FORD, an individual; NATALIE OGLE, an individual; and NATHAN LEAVITT, an individual,<br><br>        Plaintiffs,<br>  vs.<br><br>KAISER PERMANENTE (Kaiser Foundation Hospitals, Kaiser Foundation Health Plan, Inc., The Permanente Medical Group, Inc.) and DOES I-X,<br><br>        Defendants. | Case No. 3:21-cv-07894-VC<br><br>**DECLARATION OF STEPHEN PARODI, MD, IN SUPPORT OF KAISER PERMANENTE'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

## DECLARATION OF STEPHEN PARODI

I, Stephen Parodi, declare as follows:

1.      My name is Stephen Parodi. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      I make this declaration in support of Defendants Kaiser Foundation Hospitals, Kaiser Foundation Health Plan, Inc., and The Permanente Medical Group, Inc.'s (together, "Kaiser Permanente's") Opposition to Plaintiffs' Motion for Preliminary Injunction.

3.      I am a board-certified infectious disease physician.  I have been a physician with Kaiser Permanente since 2002.  I obtained my Doctor of Medicine degree from Georgetown University School of Medicine.  I completed an internal medicine residency at the Vanderbilt University School of Medicine and an infectious disease fellowship at the UCLA Affiliated Program in Infectious Disease.  I am a fellow in the Infectious Disease Society of America and serve as a delegate to both the California Medical Association and the American Medical Association.   In addition, I have served on committees for the Society for Healthcare Epidemiology of America.

4.      In addition to my practice, I am Executive Vice President of External Affairs, Communications and Brand, at The Permanente Federation, and as well as an Associate Executive Director for The Permanente Medical Group.   At The Permanente Medical Group, my areas of responsibility include patient safety, the care of complex patients, risk management, hospital operations, and infectious disease.   I have led clinical projects related to the reduction of health care-acquired infections as well as regional and national outbreak responses.

## COVID-19: A PUBLIC HEALTH EMERGENCY

5.      I am aware that on August 2, 2021, Kaiser Permanente instituted a requirement that all employees be vaccinated against COVID-19, or otherwise receive a qualifying medical or religious exemption, before December 1, 2021. I fully support this policy because vaccination is

the best tool available in the fight against COVID-19.

6.      The disease COVID-19 is caused by infection with the novel coronavirus, SARS-CoV-2. SARS-CoV-2 is a single stranded RNA virus that is capable of mutating frequently. As a result, multiple variants of the virus have developed in various geographic locations and spread widely, including what are classified as variants of interest and variants of concern.

7.      COVID-19 is most commonly transmitted by small viral particles (droplets) exhaled by an infected person that are deposited into the nose, mouth and/or eyes of an uninfected person. This means COVID-19 spreads to an uninfected person when an infected person—who may or may not exhibit symptoms—speaks, coughs, or sneezes. People with COVID-19 have reported a wide range of symptoms, ranging from no or mild symptoms to severe illness. A model authored by CDC researchers suggests that at least half of COVID-19 infections (and possibly closer to 60%) come from people who infect others without knowing that they are infected.[1] COVID-19 may cause severe and long-term health complications, including death.

8.      COVID-19 can spread quickly. In-person gatherings pose a heightened risk of transmission of COVID-19, as the spread of COVID-19 is more likely when people are in close contact or proximity with one another (within about six feet). The risk of transmission also increases when individuals gather in close proximity for extended periods, and when they do so in enclosed (indoor) spaces.

9.      The elderly and those with immunosuppressive conditions are at the greatest risk of severe illness, hospitalization, and death from COVID-19. Severe illness and deaths can and do occur among individuals of all ages, however, including in previously healthy individuals. In addition to the acute, immediate effects of COVID-19, some individuals go on to have persistent sequelae, otherwise known as Post Acute COVID Syndrome or "long COVID," the frequency, duration, and severity of which remain to be understood.

10.     COVID-19 has wreaked generational havoc on this country. As of November 10,

---

[1] Johansson et al., *SARS-CoV-2 Transmission From People Without COVID-19 Symptoms*, 4(1) J. AM. MED. ASS'N: NETWORK OPEN (Jan. 7, 2021), https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2774707.

2021, over 46 million Americans have contracted COVID-19, and 755,201 have died.[2]

11.     Contrary to Plaintiffs' claims that these numbers are overestimated, it is widely understood amongst the scientific community that these numbers of reported cases and deaths substantially *underestimate* the number of SARS-CoV-2 infections and the numbers of COVID-19 cases and deaths. For example, case counts are likely underestimates because—especially early on in the pandemic—only those with moderate or severe symptoms were being tested for COVID-19. Given what we now know about asymptomatic infection and transmission, it's likely case counts vastly underestimate the true number of infections.[3]

12.     The Delta variant of SARS-CoV-2 emerged this summer and brought with it a rapid and alarming rise in the COVID-19 case and hospitalization rates around the country. The Delta variant is more than twice as contagious as previous variants, and there is evidence suggesting the Delta variant is more likely than previous strains to cause serious illness, hospitalization, and death. The Delta variant remains the primary variant in the United States.

13.     As was the case last year, the winter months will likely see an increase in COVID-19 infections and the rate of transmission, as people tend to congregate indoors in large groups as temperatures decrease. The holidays exacerbate these concerns.

14.      SARS-CoV-2 has the capability to mutate frequently.  The WHO and CDC are monitoring multiple variants that pose a risk to additional spread of infections, hospitalizations, and death.[4] The emergence of a new variant that either is more transmissible or virulent remains a significant risk. The available COVID-19 vaccines have proven effective against each variant of

---

[2] *United States COVID-19 Cases, Deaths, and Laboratory Testing (NAATs) by State, Territory, and Jurisdiction*, CDC, https://covid.cdc.gov/covid-data-tracker/#cases_casesper100klast7days (last accessed November 10, 2021).

[3] *See, e.g., US COVID-19 Cases May Be Substantially Underestimated*, UNIVERSITY OF CALIFORNIA, BERKELEY, SCHOOL OF PUBLIC HEALTH, https://publichealth.berkeley.edu/news-media/research-highlights/us-covid-19-cases-may-be-substantially-underestimated/ (last accessed November 10, 2021).

[4] *Tracking SARS-CoV-2 variants,* WHO, https://www.who.int/en/activities/tracking-SARS-CoV-2-variants/ (last accessed November 10, 2021); *SARS-CoV-2 Variant Classifications and Definitions*, CDC, https://www.cdc.gov/coronavirus/2019-ncov/variants/variant-info.html (last accessed November 10, 2021).

SARS-CoV-2 that has emerged in the United States,[5] reinforcing the importance of vaccination.

## HEALTH CARE WORKERS FACE RISKS DUE TO COVID-19

15.     Many of the employees subject to Kaiser Permanente's vaccination policy are health care workers who come into contact with, or may come into contact with, patients at Kaiser Permanente's health care facilities. By providing care to those who are or might be infected with SARS-CoV-2, health care personnel are at an increased risk of SARS-CoV-2 infection and transmission.

16.     Indeed, the World Economic Forum has estimated that health care professionals are not just at high risk—they are in their own category of risk.[6] With a few limited exceptions (e.g., flight attendants and bus drivers), all the highest-risk professions are health care workers:

//

//

//

//

//

//

//

//

//

//

//

//

//

---

[5] *SARS-CoV-2 Variant Classifications and Definitions*, CDC, https://www.cdc.gov/coronavirus/2019-ncov/variants/variant-info.html (last accessed November 10, 2021).
[6] Lu, *These are the occupations with the highest COVID-19 risk*, WORLD ECONOMIC FORUM (Apr. 20, 2020), https://www.weforum.org/agenda/2020/04/occupations-highest-covid19-risk/ (last accessed November 10, 2021).



17.     Moreover, a November 2020 study conducted in Washington state revealed that "[t]he 15 occupations which overall have the highest predicted risk [of contracting COVID-19] are all healthcare professions."[7]

18.     Further, many of the patients that seek treatment at hospitals and other medical facilities have underlying health conditions that substantially increase their risk of developing serious illness or dying from COVID-19. As the CDC has recognized, a health care worker who

---

[7] Zhang, *Estimation of differential occupational risk of COVID-19 by comparing risk factors with case data by occupational group*, 64 AM. J. INDUS. MED. 39 (Nov. 18, 2020), https://doi.org/10.1002/ajim.23199 (last accessed November 10, 2021).

has COVID-19 can easily spread COVID-19 to other patients. Health care workers "are not only at higher risk of infection but can amplify outbreaks within healthcare facilities if they become ill."[8]

19.     Furthermore, even health care workers who pay close attention to their own health cannot guarantee that they will not bring COVID-19 to work. COVID-19 has devastated societies around the globe in large part because there are so many asymptomatic cases, making it difficult to track and quarantine people who have COVID-19, and because even symptomatic cases can take up to two weeks to emerge.

## THE COVID-19 VACCINES ARE EFFECTIVE AT PREVENTING COVID-19 INFECTION AND SYMPTOMS

20.     Vaccination is one of the greatest success stories of modern medicine, greatly reducing the incidence of infectious diseases and the eradication of smallpox. Vaccination is the best tool we have in the fight against COVID-19.

21.     Almost as soon as SARS-CoV-2 began to spread across the world in early 2020, development of vaccines began. Three vaccines were granted Emergency Use Authorization (EUA) by the United States Food and Drug Administration (FDA): two are mRNA based (Pfizer and Moderna) and one is adenovirus vector based (Johnson & Johnson). Pfizer and Moderna were granted EUA in December 2020, and Johnson & Johnson in January 2021. On August 23, 2021, the Pfizer vaccine received full approval from the FDA.[9]

22.     All three vaccines are highly effective against COVID-19. The vaccinations indisputably prevent infections. Even with the rise of the Delta variant, a recent CDC study conducted from April to July of 2021 showed that vaccinated individuals are five times less likely

---

[8] *Interim Operational Considerations for Public Health Management of Healthcare Workers Exposed to or with Suspected or Confirmed COVID-19: non-U.S. Healthcare Settings*, CDC, https://www.cdc.gov/coronavirus/2019-ncov/hcp/non-us-settings/public-health-management-hcw-exposed.html, (last accessed November 10, 2021).

[9] *Comirnaty and Pfizer-BioNTech COVID-19 Vaccine*, FDA, https://www.fda.gov/emergency-preparedness-and-response/coronavirus-disease-2019-covid-19/comirnaty-and-pfizer-biontech-covid-19-vaccine (last accessed November 10, 2021).

than unvaccinated individuals to be infected with SARS-CoV-2.[10] And CDC data from August 2021 shows that unvaccinated individuals are at more than 6 times greater risk of testing positive for COVID-19 than vaccinated individuals.[11] Similarly, a study published on October 29, 2021 in The Lancet concluded that vaccination reduces the risk of infection from the Delta variant and accelerates viral clearance.[12] Kaiser Permanente's own data shows that, across its hospital system, vaccinated individuals have a less than 1% chance of being infected with COVID-19.

23.     Further, both the mRNA vaccines and non-RNA vaccines were designed to, and do, reduce the rate of transmission of the original strain of COVID-19 from vaccinated individuals who experience breakthrough infections.[13] Data from multiple studies conducted in 2020 and the early part of 2021 found significantly reduced likelihood of transmission to household contacts from vaccinated people infected with COVID-19.[14]

---

[10] *Monitoring Incidence of COVID-19 Cases, Hospitalizations, and Deaths, by Vaccination Status — 13 U.S. Jurisdictions, April 4–July 17, 2021*, CDC, https://www.cdc.gov/mmwr/volumes/70/wr/mm7037e1.htm?s_cid=mm7037e1_w (last accessed November 10, 2021).

[11] *Rates of COVID-19 Cases and Deaths by Vaccination Status*, CDC, https://covid.cdc.gov/covid-data-tracker/#rates-by-vaccine-status.

[12] *Community transmission and viral load kinetics of the SARS-CoV-2 delta (B.1.617.2) variant in vaccinated and unvaccinated individuals in the UK: a prospective, longitudinal, cohort study.* THE LANCET, https://www.thelancet.com/journals/laninf/article/PIIS1473-3099(21)00648-4/fulltext (last accessed November 10, 2021).

[13] *Israeli Studies Find Pfizer COVID019 Vaccine Reduces Transmission*, REUTERS, https://www.reuters.com/article/health-coronavirus-israel-vaccine-int/israeli-studies-find-pfizer-covid-19-vaccine-reduces-transmission-idUSKBN2AJ08J (last accessed November 10, 2021).

[14] de Gier, et al, *Vaccine effectiveness against SARS-CoV-2 transmission and infections among household and other close contacts of confirmed cases, the Netherlands, February to May 2021*, EURO SURVEIL., https://pubmed.ncbi.nlm.nih.gov/34355689/ (last accessed November 10, 2021); *Effect of Vaccination on Household Transmission of SARS-CoV-2 in England*, N. ENGL. J. MED., Harris, et al., https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8262621/ (last accessed November 10, 2021); *Impact of BNT162b2 vaccination and isolation on SARS-CoV-2 transmission in Israeli households: an observational study*. MEDRXIV, Layan, et al., https://www.medrxiv.org/content/10.1101/2021.07.12.21260377v1 (last accessed November 10, 2021); Prunas, et al., *Vaccination with BNT162b2 reduces transmission of SARS-CoV-2 to household contacts in Israel*, MEDRXIV, https://www.medrxiv.org/content/10.1101/2021.07.13.21260393v1 (last accessed November 10, 2021); Salo, et al., *The indirect effect of mRNA-based Covid-19 vaccination on unvaccinated household members*, MEDRXIV;

---

24.    Studies cited by the CDC to date suggest that "vaccinated people who become infected with Delta have potential to be less infectious than infected unvaccinated people."[15] Although some early studies indicate that some vaccinated people may be able to transmit the Delta variant to others, other studies have shown a more rapid decline in viral RNA and culturable virus in fully vaccinated people,[16] indicating that vaccinated people are infectious for less time than unvaccinated people.   Another study observed that Delta infection in fully vaccinated persons was associated with significantly less transmission to contacts than persons who were unvaccinated or partially vaccinated.[17]   The CDC has recognized, however, that additional data is needed to fully understand the vaccines' efficacy against breakthrough transmission of the Delta variant.

25.    The vaccines are also highly effective particularly at preventing serious illness, hospitalization, and death from COVID-19. Indeed, a recent study conducted by the CDC in April and July of 2021 found that "[a]cross 13 U.S. jurisdictions, incidence rate ratios for hospitalization

---

https://www.medrxiv.org/content/10.1101/2021.05.27.21257896v2 (last accessed November 10, 2021); Shah, et al., *Effect of vaccination on transmission of COVID-19: an observational study in healthcare workers and their households*, MEDRXIV; https://www.medrxiv.org/content/10.1101/2021.03.11.21253275v1 (last accessed November 10, 2021).

[15] *Science Brief: COVID-19 Vaccines and Vaccination;* CDC, https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/fully-vaccinated-people.html (last accessed November 10, 2021).

[16] *Outbreak of SARS-CoV-2 Infections, Including COVID-19 Vaccine Breakthrough Infections, Associated with Large Public Gatherings — Barnstable County, Massachusetts, July 2021,* CDC, https://www.cdc.gov/mmwr/volumes/70/wr/mm7031e2.htm (last accessed November 10, 2021); V*irological and serological kinetics of SARS-CoV-2 Delta variant vaccine-breakthrough infections: a multi-center cohort study*, MEDRXIV, https://www.medrxiv.org/content/10.1101/2021.07.28.21261295v1 (last accessed November 10, 2021); *Virological characteristics of SARS-CoV-2 vaccine breakthrough infections in health care workers*, MEDRXIV; https://www.medrxiv.org/content/10.1101/2021.08.20.21262158v1 (last accessed November 10, 2021); *Clinical and Virological Features of SARS-CoV-2 Variants of Concern: A Retrospective Cohort Study Comparing B.1.1.7 (Alpha), B.1.315 (Beta), and B.1.617.2 (Delta),* Preprints with THE LANCET; https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3861566 (last accessed November 10, 2021).

[17] *Transmission dynamics and epidemiological characteristics of Delta variant infections in China*, MEDRXIV, https://www.medrxiv.org/content/10.1101/2021.08.12.21261991v1 (last accessed November 10, 2021)

and death changed relatively little after the SARS-CoV-2 B.1.617.2 (Delta) variant reached predominance, suggesting high, continued vaccine effectiveness against severe COVID-19." This study showed that vaccinated individuals were more than ten times less likely to be hospitalized for COVID-19, and more than ten times less likely to die from COVID-19.[18] CDC data from August 2021 confirms that unvaccinated individuals are at more than 11 times greater risk of dying from COVID-19 than vaccinated individuals,[19] and the hospitalization rate was about 12 times higher in unvaccinated persons.[20] Kaiser Permanente's own data shows that, across Kaiser Foundation Hospitals, vaccinated individuals who experience a breakthrough infection have a less than one third of 1% chance of being hospitalized for COVID-19.

26.     I have reviewed the declarations (Dkts. 27-7 & 27-15) submitted by Dr. Christina Parks and Dr. Mark Yeadon (Dkt. 27-6) in support of Plaintiffs' motion for a preliminary injunction. I understand Dr. Park's position to be that COVID-19 vaccines should be "considered a treatment, not a vaccine," (Dkt. 27-15 at 15) and Dr. Yeadon's opinion to be similar. (Dkt. 27-6 at 9-10.)

27.     Dr. Parks and Dr. Yeadon are incorrect and have no medical evidence supporting their opinion.

28.     Plaintiffs' declarants' opinions appear to be based on two briefing documents submitted by Moderna[21] and Pfizer[22] to the FDA's Vaccines and Related Biological Products Advisory Committee in the lead up to the EUA for their respective COVID-19 vaccines.   These documents were prepared in December 2020 for the limited purpose of examining whether the

---

[18] *Supra*, note 10.

[19] *Supra*, note 11.

[20] *Rates of laboratory-confirmed COVID-19 hospitalizations by vaccination status*, CDC, https://covid.cdc.gov/covid-data-tracker/#covidnet-hospitalizations-vaccination (last accessed November 10, 2021).

[21] *Vaccines and Related Biological Products Advisory Committee Meeting, December 17, 2020 – FDA Briefing Documents, Moderna COVID-19 Vaccine*, FDA, https://www.fda.gov/media/144434/download.

[22] *Vaccines and Related Biological Products Advisory Committee Meeting, December 10, 2020 – FDA Briefing Documents, Pfizer-BioNTech COVID-19 Vaccine*, FDA, https://www.fda.gov/media/144245/download.

vaccines' benefits outweighed their risks, such that issuance of EUAs was proper. As discussed above, subsequent and more recent studies and available data show that the vaccines are highly effective at preventing COVID-19 infection and transmission.

29.    In any event, Dr. Parks mischaracterizes the Moderna and Pfizer documents.   In her second declaration, Dr. Parks erroneously claims that the Pfizer and Moderna briefings "repeatedly state[] that their study's primary and secondary endpoints are **symptom reduction only**," as opposed to preventing COVID-19 transmission. (Dkt. 27-15 ¶ 35.) Dr. Park then goes on to misquote the Moderna briefing, claiming it says that "The primary efficiency endpoint was efficacy of the vaccine to prevent protocol-defined COVID-19 . . . symptoms." This is not what the briefing states. Dr. Park appears to be splicing together two unrelated sentences from two different paragraphs on page 13. Page 13 actually advises that "[t]he primary efficacy endpoint was efficacy of the vaccine **to prevent protocol-defined COVID-19 occurring** at least 14 days after the second doses in participants with negative SARS-CoV-2 status at baseline." In other words, the vaccine study was designed to test the efficacy of the vaccines in preventing contraction of COVID-19 in vaccinated individuals. If vaccinated individuals are less likely to be infected with COVID-19, they are less likely to transmit it to others. The next paragraph discusses the word "symptom" in a different context and does not indicate that the vaccine was designed primarily to prevent COVID-19 symptoms.

30.    Similarly, Dr. Parks also misreads a different portion of the Pfizer and Moderna briefings for the proposition that companies did not test for transmissibility (Dkt. 27-15 ¶ 34). The actual briefing advises that Moderna had limited data only to assess the transmissibility of the virus *from vaccinated individuals who experience breakthrough cases,* but does not speak to a lack of data about transmissibility to vaccinated individuals in the first place, or preventing transmissibility to vaccinated individuals who do not experience breakthrough cases. (*Supra* note 15, at 48 "Data are limited to assess the effect of the vaccine against transmission of SARS-CoV-2 from individuals who are infected despite vaccination.")   And regardless, as discussed above,

other studies have tested for transmissibility and found that the vaccines reduce the transmission of COVID-19.

## THE COVID-19 VACCINES ARE SAFE

31.     In the clinical trials that led to granting of EUAs for the Pfizer, Moderna, and Johnson & Johnson vaccines, possible side effects were carefully monitored. The side effects observed (e.g., pain at injection site, malaise, headache) were comparable to those seen following receipt of other vaccines and were generally mild and not long-lasting.

32.     Over 7 billion COVID-19 vaccine doses have been administered worldwide, including over 400 million in the U.S. alone.[23] After hundreds of millions of doses, there is no evidence that the COVID-19 vaccines being administered in the United States are unsafe. Life-threatening or long-term side effects are extremely rare.

33.     I understand Plaintiffs and their declarants have focused on reports of adverse events to the Vaccine Adverse Event Reporting System (VAERS) related to the COVID-19 vaccines. This system is designed to allow vaccine recipients, family members, healthcare providers, and others to report any condition or event observed following the administration of a vaccine. VAERS is designed to detect "signals," i.e., events or conditions that *may* relate to the receipt of a vaccine. Thus, reports of adverse events to VAERS do not mean that a vaccine caused a health problem.[24] Rather, such reports are mere signals that must be tested using appropriate methods to determine whether there is in fact a causal relationship between the administration of a vaccine and a perceived health issue that has developed in a vaccinated individual. In short, a report to VAERS does not indicate that a vaccination caused a reported adverse effect.

34.     I understand that Plaintiffs and their declarants claim that the COVID-19 vaccines have caused a "101-fold increase in annualized vaccine deaths reported to VAERS." (Dkt. 27-8 ¶

---

23 *Tracking Coronavirus Vaccinations Around the World*, N.Y. TIMES,
https://www.nytimes.com/interactive/2021/world/covid-vaccinations-tracker.html (last accessed November 10, 2021).
24 *See VAERS Frequently Asked Questions (FAQS)*, DEPT. OF HEALTH AND HUMAN SERVICES,
https://vaers.hhs.gov/faq.html (last accessed November 10, 2021) ("One of the main limitations of VAERS data is that it cannot determine if the vaccine caused the reported adverse event.")

45.) Not only does this and Plaintiffs' other assertions rely on a misreading of VAERS data and its purpose,[25] as discussed above, but other evidence easily disproves that the COVID-19 vaccines have caused any increase in deaths among the vaccinated. For example, a recent study conducted by Kaiser Permanente—through the Vaccine Safety Datalink under a contract from the CDC— found that "COVID-19 vaccine recipients had lower non-COVID-19 death rates than people who weren't vaccinated."[26] The study looked only at non-COVID-19 related deaths to avoid masking any safety concerns regarding COVID-19 vaccine-related deaths with the protective effects of the COVID-19 vaccines. The study showed that, for each vaccine, recipients had the following mortality rates as compared to unvaccinated comparison groups:

- Pfizer COVID-19 vaccine recipients had a mortality rate of 4.2 deaths per 1,000 vaccinated people per year after first dose, and 3.5 deaths after second dose. The unvaccinated comparison group had a mortality rate of 11.1 deaths per 1,000 people per year.

- Moderna COVID-19 vaccine recipients had 3.7 deaths per 1,000 people per year after the first dose, and 3.4 deaths after the second dose. The unvaccinated comparison group had a mortality rate of 11.1 deaths per 1,000 people per year

- Johnson & Johnson COVID-19 vaccine recipients had 8.4 deaths per 1,000 people per year. The unvaccinated comparison group had a mortality rate of 14.7 deaths per 1,000 people per year.

35.    The VAERS data that has been studied by the CDC so far suggests that each COVID-19 vaccine is extremely safe and that their benefits far outweigh any risks. As is commonplace with vaccines and other medications, there is a very small risk of severe allergic

---

[25] *Id.* ("There have been instances where people have misinterpreted reports of deaths following vaccination as deaths caused by the vaccines; that is not accurate."); *see also Fact Check-Reports of 9,318 VAERS COVID-19 vaccine deaths do not prove causality*, REUTERS, https://www.reuters.com/article/factcheck-vaers-9318/fact-check-reports-of-9318-vaers-covid-19-vaccine-deaths-do-not-prove-causality-idUSL1N2P21CV (last accessed November 10, 2021).

[26] *Mortality study reinforces safety of COVID-19 vaccinations*, KAISER PERMANENTE, (October 22, 2021), https://about.kaiserpermanente.org/our-story/health-research/news/mortality-study-reinforces-safety-of-covid-19-vaccinations (last accessed November 10, 2021).

reaction (i.e., anaphylaxis) in the 15 to 30 minutes following receipt of a dose of a COVID-19 vaccine.

36.     Three very rare side effects have been noted in small numbers of vaccinated individuals in the United States. According to the CDC, anaphylaxis has occurred in 2 to 5 people per one million people vaccinated in the United States. Out of 15.5 million doses of the Johnson & Johnson vaccine, there have been 244 preliminary reports of Guillain-Barré Syndrome (GBS) and 48 confirmed reports of Thrombosis with Thrombocytopenia Syndrome (TTS). Out of the hundreds of millions of Pfizer and Moderna vaccine recipients, the CDC has confirmed only 1,005 reports of myocarditis or pericarditis.[27] Therefore, serious adverse side effects occur very infrequently. Even taking these rare side effects into account, the benefits of COVID-19 vaccination with regard to reducing illness, hospitalization, and death, far outweigh any known risks.[28]

## INDIVIDUALS PREVIOUSLY INFECTED WITH SARS-CoV-2 SHOULD STILL RECEIVE COVID-19 VACCINATION

37.     The CDC recommends that all eligible persons received COVID-19 vaccinations, regardless of previous SARS-CoV-2 infection status.[29] I agree with this recommendation.

38.     Individuals who have had a documented case of COVID-19 typically have antibodies detectable in their blood and may be at a reduced risk of getting COVID-19 again in the months that follow, but there is insufficient evidence to determine the durability or efficacy of

---

[27] *Selected Adverse Events Reported after COVID-19 Vaccination*, CDC, https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/adverse-events.html (last accessed November 10, 2021).

[28] ACIP Presentation Slides, H Rosenblum, *"COVID-19 vaccines: benefits-risk discussion,"* https://www.cdc.gov/vaccines/acip/meetings/slides-2021-07-22.html (last accessed November 10, 2021); ACIP Presentation Slides, H. Rosenblum, *"Benefit-risk discussion for use of Pfizer-BioNTech COVID-19 vaccine in individuals >16 years of age"*, https://www.cdc.gov/vaccines/acip/meetings/slides-2021-08-30.html (last accessed November 10, 2021).

[29] *Frequently Asked Questions about COVID-19 Vaccination*, CDC, https://www.cdc.gov/coronavirus/2019-ncov/vaccines/faq.html?s_cid=10482:covid%2019%20vaccine%20if%20you%20have%20covid:sem.ga:p:RG:GM:gen:PTN:FY21, (last accessed November 10, 2021).

such protection. It is also unknown whether any such antibodies provide any protection against new variants of SARS-CoV-2.

39.     Many SARS-CoV-2 antibody tests have been authorized by the FDA, none of these tests is currently considered to provide a reliable indication of a person's level of immunity to or protection from COVID-19 in the future. Indeed, both the CDC and FDA explicitly warn against using the results of such tests to determine whether vaccination is needed.[30]

40.     Furthermore, studies show that vaccination provides more protection than natural infection. Accordingly, an individual with natural immunity can improve their antibodies by getting a COVID-19 vaccine. Specifically, an individual who obtains natural immunity is only immune to one variant of the virus, whereas the vaccines appear to be effective at stopping infections from multiple variants. As another example, a study conducted in Kentucky found that "among Kentucky residents who were previously infected with SARS-CoV-2 in 2020, those who were unvaccinated against COVID-19 had significantly higher likelihood of reinfection during May and June 2021."[31] More specifically, unvaccinated Kentucky residents were 2.34 times more likely to be reinfected with COVID-19 than fully vaccinated residents. This data indicates that COVID-19 vaccines offer better protection than natural immunity alone.

## FOR INDIVIDUALS UNABLE TO RECEIVE COVID-19 VACCINATION, FREQUENT PCR TESTING IS PRUDENT

41.     While it is not a substitute for vaccination, which is the best protection against COVID-19, frequent polymerase chain reaction ("PCR") testing and quarantining of those who test positive can prevent the spread of COVID-19. I understand that Plaintiffs have called into question the accuracy and usefulness of PCR testing in this case.

---

[30] *Antibody Testing Is Not Currently Recommended to Assess Immunity After COVID-19 Vaccination: FDA Safety Communication*, FDA, https://www.fda.gov/medical-devices/safety-communications/antibody-testing-not-currently-recommended-assess-immunity-after-covid-19-vaccination-fda-safety (last accessed November 10, 2021); *COVID-19, Antibody Testing Interim Guidelines*, CDC, https://www.cdc.gov/coronavirus/2019-ncov/lab/resources/antibody-tests-guidelines.html (November 10, 2021).
[31] *Morbidity and Mortality Weekly Report*, CDC, https://www.cdc.gov/mmwr/volumes/70/wr/mm7032e1.htm (last accessed November 10, 2021).

42.     The scientific and medical consensus is that PCR tests are the gold standard in COVID-19 diagnostic tests. The PCR test is characterized as a diagnostic test by both the CDC and the FDA, as well as other expert bodies, such as the Infectious Disease Society of America, the World Health Organization ("WHO"), and every national public health institute in the world, including those in Canada, the UK, and the European Union.

43.     The FDA assesses tests based on their sensitivity and specificity. A test's sensitivity is the fraction of positive cases that the test correctly identifies as positive, and a test's specificity is the fraction of negative cases that the test correctly identifies as negative. The FDA has concluded that PCR tests are generally both highly sensitive and highly specific.[32]

44.     A PCR test detects a positive COVID-19 case when the fluorescence signal, which increases proportionally to the amount of the virus's genetic material in the sample, reaches a specified threshold within a certain number of PCR cycles. The cycle threshold ("Ct") refers to the number of PCR cycles required for the test to reflect a positive COVID-19 case.[33]  Higher Ct values correlate with less of the virus's genetic material in the sample. The CDC warns against using Ct values "to determine an individual's viral load, how infectious an individual person may be, or when an individual person can be released form isolation or quarantine."[34] Instead, PCR tests in general, and Ct values specifically, are used to identify and diagnose positive cases of COVID-19.

45.     I understand Plaintiffs call into question the effectiveness of PCR tests with Ct values less than 25. However, Kaiser Permanente's PCR tests are within the accepted ranges specified by the test manufacturers.

46.     Thus, regardless of vaccination status, if someone is experiencing COVID-19 symptoms, they should undergo PCR testing. Moreover, if people are not yet vaccinated—

---

[32] *A Closer Look at COVID-19 Diagnostic Testing*, FDA, https://www.fda.gov/health-professionals/closer-look-covid-19-diagnostic-testing (last accessed November 10, 2021).
[33] Tom, *To Interpret the SARS-CoV-2 Test, Consider the Cycle Threshold Value*, CLINIC INFECTIOUS DISEASES, https://academic.oup.com/cid/article/71/16/2252/5841456 (las accessed November 10, 2021).
[34] *Frequently Asked Questions About Coronavirus (COVID-19) for Laboratories*, CDC, https://www.cdc.gov/coronavirus/2019-ncov/lab/faqs.html (last accessed November 2, 2021).

especially in a health care or other office setting—they should undergo frequent PCR testing. Furthermore, the California Department of Public Health Order dated August 5, 2021 requires unvaccinated exempted healthcare workers to undergo regular PCR or antigen testing.[35]   Although I do not agree with all parts of the opinions of Plaintiffs' declarant, Dr. Jayanta Bhattacharya, I do agree that bi-weekly or "weekly PCR or antigen tests," are necessary for health care employers to "reduce the risk from asymptomatically infected workers" who obtain medical and religious exemptions from COVID-19 vaccination requirements. (Dkt. 27-5, at 5.)

## REQUIRING VACCINATION AS A CONDITION OF EMPLOYMENT IS PRUDENT, ESPECIALLY FOR HEALTH CARE SYSTEMS

47.    Public and private employers across the country have begun requiring their workers to get vaccinated. I fully support these requirements because they will increase overall vaccination rates, protect employees and the public at large, and help end the pandemic. Failure to get vaccinated is not solely a personal decision; it impacts public health overall because unvaccinated individuals contribute to more COVID-19 infections, which could lead to COVID-19 patients overcrowding hospitals. Employers requiring their workers to get vaccinated, therefore, is a necessary step in ending the pandemic and protecting hospitals from overcrowding.

48.    The overwhelming majority of Kaiser Permanente employees and doctors support Kaiser Permanente's vaccination policy. Indeed, at least 92% of Kaiser Permanente's employees and 97% of its physicians have been fully vaccinated.

49.    Health care workers across the country also support these vaccination policies.   On July 26, 2021, the American Medical Association ("AMA") and 56 other major medical groups issued a joint statement "call[ing] for all health care and long-term care employers to require their employees to be vaccinated against COVID-19." As those groups explained, "it is critical that all people in the healthcare workforce get vaccinated against COVID-19 for the safety of our patients

---

[35] *State Public Health Officer Order of August 5, 2021*, CALIFORNIA DEPARTMENT OF PUBLIC HEALTH, https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/COVID-19/Order-of-the-State-Public-Health-Officer-Health-Care-Worker-Vaccine-Requirement.aspx (last accessed November 10, 2021).

and our colleagues."[36]

50.     While vaccination of health care employees is critical, all employees should be vaccinated regardless of workplace setting and, in my opinion, policies such as Kaiser Permanente's should be imposed wherever possible.

51.     Among the private employers requiring vaccines are major companies like Google, Facebook, Delta Airlines, Netflix, Morgan Stanley, and Uber.[37]

52.     Recognizing the unique risks faced by health care workers, as of August 9, 2021, "[n]early 1,500 hospitals—roughly a quarter of all hospitals in the U.S.—now require staffers to get a covid vaccine."[38] Some health care employers announced mandates prior to Kaiser Permanente doing so on August 2, 2021, and many more health care employers have announced vaccination mandates since early August.[39]

53.     In addition, on August 5, 2021, the California Department of Public Health announced that all workers in hospitals, skilled nursing facilities, clinics, doctor's offices, hospice facilities, dialysis centers, and most other health care settings were required to obtain full vaccination to COVID-19 by September 30, 2021.[40]

54.     On September 9, 2021, President Biden issued a series of directives and orders intended to increase vaccination rates across the country. First, recognizing that COVID-19 vaccines are "widely available in the United States" and that "[t]hey protect people from getting

---

[36] *Joint Statement in Support of COVID-19 Vaccine Mandates for All Workers in Health and Long-Term Care*, AMERICAN MEDICAL ASSOCIATION, https://www.ama-assn.org/press-center/press-releases/ama-support-covid-19-vaccine-mandates-health-care-workers (last accessed November 10, 2021).

[37] *From McDonald's to Goldman Sachs, here are the companies mandating vaccines for all or some employees*, NBC NEWS, https://www.nbcnews.com/business/business-news/here-are-companies-mandating-vaccines-all-or-some-employees-n1275808 (last accessed November 10, 2021).

[38] *Nearly 1,500 health systems across the United States mandate Covid-19 vaccination*, CNN, https://www.cnn.com/2021/08/09/health/us-hospitals-demand-workers-vaccinated-partner/index.html (last accessed November 10, 2021).

[39] *Hospitals, health systems mandating vaccines for workers*, BECKER'S HOSPITAL REVIEW, https://www.beckershospitalreview.com/workforce/hospitals-health-systems-mandating-vaccines-for-workersjune17.html (last accessed November 10, 2021).

[40] *Supra*, note 35.

infected and severely ill, and they significantly reduce the likelihood of hospitalization and death," President Biden announced a vaccination mandate for all federal employees and contractors.[41] Additionally, President Biden ordered the Department of Labor's Occupational Safety and Health Administration to develop a rule that "will require all employers with 100 or more employees to ensure their workforce is fully vaccinated or require any workers who remain unvaccinated to produce a negative test result on at least a weekly basis before coming to work."[42] On November 4, 2021, this rule was issued, and covered employers have until January 4, 2022 to come into compliance.[43] Finally, President Biden has announced plans to "require COVID-19 vaccination of staff within all Medicare and Medicaid-certified facilities to protect them and patients from the virus and its more contagious Delta variant."[44] On November 4, 2021, this rule was issued, and requires 17 million healthcare workers to be vaccinated by January 4, 2021.[45]

### KAISER PERMANENTE'S VACCINATION MANDATE IS WHOLLY CONSISTENT WITH PUBLIC HEALTH GUIDANCE AND NECESSARY FOR THE PROTECTION OF ITS EMPLOYEES AND PATIENTS

55.     In sum, all of the available evidence strongly suggests that SARS-CoV-2 will continue to circulate and cause infections, illnesses, hospitalizations, and deaths across the country. It is also likely new variants of SARS-CoV-2 will emerge and bring with them new challenges. The available vaccines are safe and highly effective against the current strains of COVID-19, and

---

[41] *Executive Order on Requiring Coronavirus Disease 2019 Vaccination for Federal Employees*, THE WHITE HOUSE, https://www.whitehouse.gov/briefing-room/presidential-actions/2021/09/09/executive-order-on-requiring-coronavirus-disease-2019-vaccination-for-federal-employees/ (last accessed November 10, 2021).

[42] *Vaccinating the Unvaccinated*, THE WHITE HOUSE, https://www.whitehouse.gov/covidplan/#vaccinate (last accessed November 10, 2021).

[43] *The Biden administration sets a Jan. 4 vaccination deadline for private sector workers*, N,.Y. Times, https://www.nytimes.com/2021/11/04/business/biden-vaccine-mandate-osha.html (last accessed November 10, 2021).

[44] *Biden-Harris Administration to Expand Vaccination Requirements for Health Care Settings*, CENTERS FOR MEDICARE & MEDICAID SERVICES, https://www.cms.gov/newsroom/press-releases/biden-harris-administration-expand-vaccination-requirements-health-care-settings (last accessed November 10, 2021).

[45] *Supra*, note 43.

are the best prevention against future strains and ultimately the development of new variants if enough individuals in society are immune.

56.     Accordingly, Kaiser Permanente's decision to require proof of COVID-19 vaccination as a condition of employment is reasonable and necessary to ensure the safety of Kaiser Permanente's employees, patients, members, and the communities it serves.

## THE ALTERNATIVE TREATMENTS PROPOSED BY PLAINTIFFS ARE UNSAFE, UNPROVEN, AND LESS EFFECTIVE THAN VACCINATION

57.     I understand that Plaintiffs in this case have proposed an assortment of "[e]ffective [t]reaments" for COVID-19, including ivermectin, hydroxychloroquine, budesonide, monoclonal antibodies, and vitamin D. (*See* Dkt. 1 ¶¶ 96–100.) I also understand that their declarants have endorsed some of these treatments. (*See, e.g.*, Decl. of Peter McCullough, Dkt. 27-8 ¶ 23; Decl. of Brian Tyson, Dkt. 27-10 ¶ 9.)

58.     Each of the treatments proposed by Plaintiffs are just that—treatments. Unlike vaccination, these treatments do not in general have the ability to reduce the likelihood of contracting COVID-19 or reduce transmissibility. Thus, these treatments would not accomplish the goal of Kaiser Permanente's vaccination policy and others like it across the country: to stop the spread of SARS-CoV-2 and reduce cases, hospitalizations, and deaths from COVID-19 at a population level in the first instance.

59.     The use of ivermectin to treat COVID-19 is not supported by the current medical literature, is contrary to accepted health-care standards, is not a proven treatment for COVID-19, would not improve COVID-19 symptoms, and has the potential to do more harm than good. To date, there have been no published, sufficiently powered, randomized controlled trials (RCTs) demonstrating the effectiveness of ivermectin in the treatment or prevention of COVID-19. In addition, ivermectin is not currently FDA approved for the treatment or prevention of any viral infection, including SARS-CoV-2. Therefore, based on a thorough review of all available data and in consensus with the recommendations of the CDC, Infectious Diseases Society of America, NIH, FDA and WHO, ivermectin is not recommended for the treatment or prevention of COVID-19 in

adult or pediatric patients.[46]

60.     Similarly, the use of hydroxychloroquine to treat COVID-19 is not supported by the current medical literature, is contrary to accepted health-care standards, would be ineffective at treating COVID-19, would not improve COVID-19 symptoms, and would likely do more harm than good. While the FDA issued an EUA for hydroxychloroquine on March 28, 2020, this EUA was revoked on June 15, 2020.[47]  The revocation was based on clinical trial data results indicating that the drug is not effective at treating COVID-19 and "the drug's potential benefits for such use do not outweigh its known and potential risks." Having reviewed the relevant literature and data, I agree with this conclusion.

61.     Budesonide is a synthetic, inhaled corticosteroid that has anti-inflammatory properties. While certain inhaled corticosteroids have shown the potential to act as a therapeutic agent for COVID-19, "observational studies have found that long-term use of inhaled corticosteroids prescribed for non-COVID-19 respiratory diseases either had no effect on COVID-19 outcomes or increased the risk of hospitalization."[48] Having reviewed the relevant literature and data, I agree with this conclusion. Thus, there is insufficient evidence to conclude that budesonide is an effective treatment for COVID-19, and budesonide cannot act as a substitute or replacement for vaccination.

62.     Several anti-SARS-CoV-2 monoclonal antibodies have received EUAs from the FDA for treatment of mild to moderate COVID-19 in nonhospitalized patients with laboratory-confirmed SARS-CoV-2 infection who are at high risk for progressing to severe disease and/or

---

[46] *See, e.g.*, *Why You Should Not Use Ivermectin to Treat or Prevent COVID-19*, FDA, https://www.fda.gov/consumers/consumer-updates/why-you-should-not-use-ivermectin-treat-or-prevent-covid-19 (last accessed November 10, 2021).

[47] *Letter from Denis M. Hinton (FDA) to Gary L. Disbrow Regarding Revocation of EUA for Hydroxychloroquine*, https://www.fda.gov/media/138945/download (last accessed November 10, 2021).

[48] *COVID-19 Treatment Guidelines: Corticosteroids*, NATIONAL INSTITUTE OF HEALTH (NIH), https://www.covid19treatmentguidelines.nih.gov/therapies/immunomodulators/corticosteroids/ (last accessed November 10, 2021).

hospitalization.[49] Though monoclonal antibodies may act as treatments for those infected with COVID-19 and, in limited circumstances, may be used to prevent infection in high-risk individuals who have been exposed to SARS-CoV-2, monoclonal antibodies cannot act as a substitute or replacement for vaccination.

63.    Finally, while vitamin D is critical for bone and mineral metabolism, the NIH has concluded that "there is insufficient evidence to recommend either for or against the use of vitamin D for the prevention or treatment of COVID-19."[50] Having reviewed the relevant literature and data, I agree with this recommendation. Thus, there is insufficient evidence to conclude that vitamin D is an effective treatment for COVID-19, and vitamin D cannot act as a substitute or replacement for vaccination.

## PLAINTIFFS MISCHARACTERIZE KAISER PERMANENTE'S RELATIONSHIP WITH THE FEDERAL AND STATE GOVERNMENTS

64.    Plaintiffs' attempt to portray Kaiser Permanente as a state actor are inaccurate for the reasons discussed below.

65.    Plaintiffs' Complaint asserts that Kaiser Permanente's former chief health officer, Dr. Bechara Choucair, still works at Kaiser Permanente.  (Dkt. 1 at 7.)  That is incorrect. Dr. Choucair has not been employed at Kaiser Permanente since January 2021.  Further, the article that Plaintiffs cited in their Complaint regarding Dr. Choucair's appointment appears not to relate to vaccine mandates at all.[51]  It explains that Dr. Choucair's role within the Biden administration was to be "the point person for expediting vaccine delivery and coordinating with state and local officials," and that his appointment was but one of several from the private sector intended to help

---

[49] *COVID-19 Treatment Guidelines: Anti-SARS-CoV-2 Monoclonal Antibodies*, NIH https://www.covid19treatmentguidelines.nih.gov/therapies/anti-sars-cov-2-antibody-products/anti-sars-cov-2-monoclonal-antibodies/ (last accessed November 10, 2021).
[50] *COVID-19 Treatment Guidelines: Vitamin D*, NIH https://www.covid19treatmentguidelines.nih.gov/therapies/supplements/vitamin-d/ (last accessed November 10, 2021
[51] *Biden Picks 3 Coordinators for Covid-19 Response*, https://www.politico.com/news/2020/12/29/biden-coronavirus-response-coordinators-451996.

the federal government "coordinate vaccine, testing and supply chain strategy."[52]   Vaccine
mandates are not mentioned.

66.    The Complaint states that the Advisory Committee on Immunization Practice
(ACIP) recommended that the FDA grant EUA for COVID-19 vaccines in December 2020, and
"the majority of the members of ACIP" "were Kaiser employees."   (Dkt. 1 at 8.)   This is wrong
and irrelevant for several reasons on a number of levels.   First, the ACIP advises the director of
the CDC, and not the FDA.[53]   Moreover, although ACIP issued interim recommendations
regarding allocation and use of certain COVID-19 vaccines in December 2020, only *one* of its 15
voting members at the time, Matt Daley, was affiliated with Kaiser Permanente.[54]   Although five
other individuals named in Plaintiffs' Complaint are affiliated with Kaiser Permanente, none were
involved in the interim recommendation with respect to COVID-19 vaccines.[55]   Plaintiffs appear
to have selected their names from an unrelated presentation to the ACIP—regarding the shingles
vaccine—in October 2020.[56]

67.    The Complaint further alleges that "[a]nother critical agency in the rollout and
ongoing administration of the COVID vaccines is the Vaccine Safety Datalink ('VSD')," and that
VSD "has been, and still is, heavily involved in setting national policy with regard to COVID and
is controlled by Kaiser." (Dkt. 1 at 14.)   In fact, VSD is not an "agency" but a "collaborative

---

[52] *See supra*, note 51.
[53]  ACIP charter, CDC, https://www.cdc.gov/vaccines/acip/committee/acip-charter.pdf (last accessed November 10, 2021).
[54]  *Interim recommendation regarding Pfizer-BioNTech COVID-19 Vaccine*, CDC https://www.cdc.gov/mmwr/volumes/69/wr/mm6950e2.htm (listing names and affiliations of the voting members of the Committee) (last accessed November 10, 2021); *Interim recommendation regarding use of Moderna vaccine*, CDC, https://www.cdc.gov/mmwr/volumes/69/wr/mm695152e1.htm (last accessed November 10, 2021); *Interim recommendation regarding allocation of vaccine supplies*, CDC, https://www.cdc.gov/mmwr/volumes/69/wr/mm6949e1.htm (last accessed November 10, 2021); *Updated interim guidance regarding vaccine allocation*, CDC, https://www.cdc.gov/mmwr/volumes/69/wr/mm6949e1.htm (last accessed November 10, 2021).
[55] *See supra*, note 54.
[56] *Vaccine Safety Datalink (VSD) update on post-licensure safety monitoring of recombinant zoster vaccine (RZV, Shingrix)*, CDC, https://www.cdc.gov/vaccines/acip/meetings/downloads/slides-2020-10/ZosterVaccine-03-Nelson-508.pdf (last accessed November 10, 2021).

project between CDC's Immunization Safety Office and nine health care organizations," including Kaiser Permanente, which conducts research and collects safety data regarding vaccine safety and adverse events.[57]   The VSD conducts research on vaccine safety, monitors possible adverse effects from new vaccines, and provides its findings to committees who make recommendations for national policy.[58] There is no evidence that VSD was involved in formulating any governmental vaccine mandates.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on this 10th day of November, 2021, at Oakland, California.

_Stephen Parodi, M.D._

_____

Stephen Parodi

---

[57] *Vaccine Safety Datalink (VSD)*, CDC,
https://www.cdc.gov/vaccinesafety/ensuringsafety/monitoring/vsd/index.html (last accessed
November 10, 2021).
[58] *See supra*, note 57.