John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Marshall A. Camp, State Bar No. 231389
mcamp@hueston.com
Joseph A. Reiter, State Bar No. 294976
jreiter@hueston.com
Haoxiaohan Cai, State Bar No. 331131
hcai@hueston.com
Joseph Crusham, State Bar No. 324764
jcrusham@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:    (213) 788-4340
Facsimile:    (888) 775-0898

*Attorneys for Defendants Kaiser Foundation Hospitals, Kaiser Foundation Health Plan, Inc., The Permanente Medical Group*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED KP FREEDOM ALLIANCE, an unincorporated association; LE-LAN JORGENSEN, an individual; LAURA YVANOVICH, an individual; ROBIN DRUMMOND, an individual, TRACEY FORD, an individual; NATALIE OGLE, an individual; and NATHAN LEAVITT, an individual,<br><br>      Plaintiffs,<br>  vs.<br><br>KAISER PERMANENTE (Kaiser Foundation Hospitals, Kaiser Foundation Health Plan, Inc., The Permanente Medical Group) and DOES I-X,<br><br>      Defendants. | Case No. 3:21-cv-07894-VC<br><br>**DECLARATION OF THOMAS S. HANENBURG IN SUPPORT OF KAISER PERMANENTE'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

## DECLARATION OF THOMAS S. HANENBURG

I, Thomas S. Hanenburg, declare as follows:

1. My name is Thomas S. Hanenburg. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I am presently employed by Kaiser Foundation Health Plan, Inc., and Kaiser Foundation Hospitals. My current position is Senior Vice President, Hospital System Operations.

3. I make this declaration in support of Defendants Kaiser Foundation Hospitals, Kaiser Foundation Health Plan, Inc., and The Permanente Medical Group, Inc.'s (together, "Kaiser Permanente's") opposition to Plaintiffs' motion for preliminary injunction.

### KAISER PERMANENTE'S VACCINATION POLICY REDUCES THE PUBLIC HEALTH THREAT PRESENTED BY SURGES IN COVID-19 CASES AND HOSPITALIZATIONS

4. COVID-19 is a highly infectious disease that can cause severe symptoms requiring hospitalization. As COVID-19 has spread, hospitals around the country have experienced surges of increased COVID-19 cases and patients. These surges create challenges for hospitals, including significant strains on resources (i.e., having sufficient personal protective equipment and ventilators); staffing issues (i.e., having enough healthy, vaccinated workers to respond to surges); and infrastructure challenges (i.e., sufficient hospital beds and space).

5. Like most hospitals, Kaiser Permanente's hospitals have experienced increases of COVID-19 patients. In the winter of 2020, Kaiser Permanente's hospitals experienced a 372% increase in the number of patients with COVID-19 admitted to inpatient care, from 3,311 cases in September 2020 to 15,642 cases in December 2020. As of mid-December 2020, Kaiser Permanente's hospitals in our Southern California region had surpassed 100% of usual patient capacity due to the high number of COVID-19 patients in our care. Similarly, in the summer of 2021, the Kaiser Permanente's hospitals experienced a 303% increase in the number of patients with COVID-19 admitted to inpatient care, from 2,252 cases in June to 9,076 cases in August. To date and in total, there have been over 1.16 million cases of COVID-19 for Kaiser Permanente

members and patients.

6. When the pandemic began, Kaiser Permanente took action to address the challenges posed by the surge in COVID-19 cases. Kaiser Permanente significantly increased its bed capacity, added over 100 temporary facilities for testing and vaccination, and built new laboratory facilities to aid in COVID-19 testing. In the event of future surges, Kaiser Permanente will continue to assess patient volume and capacity to ensure adequate resource allocation.

7. As part of its continuing efforts to protect its employees, patients, and members from COVID-19 and to reduce the magnitude and effects of possible surges, Kaiser Permanente has implemented a vaccination policy for employees. COVID-19 vaccines are highly effective at preventing serious illness, hospitalization, and death from COVID-19. Indeed, as of September 1, 2021, Kaiser Permanente's data showed that unvaccinated members were <u>eleven</u> times more likely to be hospitalized than fully vaccinated members and were admitted to the ICU at <u>fifteen</u> times the rate of fully vaccinated members.[1] These numbers are not unique to Kaiser Permanente: studies conducted around the world have resulted in similar findings.[2]

8. Because vaccination significantly reduces the possibility of serious illness and hospitalization for COVID-19, Kaiser Permanente's vaccination policy helps address the public health threat presented by surges in COVID-19 cases, protects Kaiser Permanente's patients,

---

[1] Kaiser Permanente's data is based on the number of its members, age 18 and up, admitted to its hospitals and ICU with a positive COVID-19 test within 15 days prior to admission. Kaiser Permanente considered its members fully vaccinated if they completed their primary series 15 days prior to July 1, 2021. Kaiser Permanente considered its members unvaccinated if there was no evidence that the member had received any vaccine as of September 1, 2021.

[2] A recent study from the Australian government found that fully vaccinated individuals are 16 times less likely to end up in intensive care or die from COVID-19 than those who are not immunized. *See Vaccination Among COVID-19 Cases in the NSW Delta Outbreak, Reporting Period: 16 June to 7 October 2021*, New South Wales Government, *https://www.health.nsw.gov.au/Infectious/covid-19/Documents/in-focus/covid-19-vaccination-case-surveillance-051121.pdf* (last accessed November 9, 2021). The government of the Netherlands also advised that as of October 31, 2021, the risk of hospital admission with COVID-19 is 17 times lower for fully vaccinated people than for non-vaccinated people and the risk of ICU admission is 33 times lower. *See Unvaccinated COVID-19 Patients in Hospital Nearly 20 Years Younger Than Vaccinated Patients*, RIVM, https://www.rivm.nl/en/news/unvaccinated-covid-19-patients-in-hospital-nearly-20-years-younger-than-vaccinated-patients (last accessed November 9, 2021).

members, and employees and reduces the number of COVID-19 patients at Kaiser Permanente hospitals.

### THE MEMORANDUM OF UNDERSTANDING (MOU) ENTERED INTO BETWEEN KAISER PERMANENTE AND THE STATE OF CALIFORNIA HAD NOTHING TO DO WITH VACCINE MANDATES

9. I have reviewed the Complaint filed by Plaintiffs in this case and disagree with their characterization of the Memorandum of Understanding (MOU) entered into between Kaiser Permanente and the State of California.[3] I am familiar with the MOU because I was involved in its negotiation and implementation.

10. The State of California contracted with Blue Shield of California (Blue Shield) to engage Blue Shield as the third-party administrator for the state's vaccine network, so that it would assist the State of California in allocating COVID-19 vaccines to healthcare providers in the state.

11. In February 2021, Kaiser Foundation Health Plan and Kaiser Foundation Hospitals entered into an MOU with California to, among other things, "serv[e] in an advisory capacity to Blue Shield … in furtherance of the common goal to expand access to the COVID-19 Vaccine in vulnerable and underserved communities," "work collaboratively with the Agency and with Blue Shield … to vaccinate individuals across the State," continue in efforts to vaccinate its own patients across the state, establish two mass vaccination sites, and form vaccination clinics focused on providing vaccine access to vulnerable and underserved communities. The MOU in Section 3 specified that the MOU was a "No Cost Arrangement" that did not require the State of California to undertake any financial obligations with respect to vaccination efforts by Kaiser Permanente. Indeed, after Kaiser Permanente established its mass vaccination sites, the State of California declined to provide any funding therefor.

12. The MOU does not discuss or contemplate any agreement with respect to a governmental vaccine mandate or an employer mandate by Kaiser Permanente. Indeed, at the time

---

[3] *Memorandum of Understanding COVID-19 Vaccination*, available at https://files.covid19.ca.gov/pdf/Kaiser-foundation-GovOps-MOU.pdf (last accessed November 9, 2021)..

the MOU was entered into, Kaiser Permanente's overriding concern with regard to vaccination was the lack of sufficient vaccine supply to meet the demand among its patients, members, and communities it serves.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 11th day of November, 2021, at Oakland, California.

*Tom Hanenburg*
_____
Thomas S. Hanenburg