# EXHIBIT A

FOR INTERNAL USE ONLY



# Employee Q&A:
# COVID-19 Workforce Vaccination Verification and Testing

**Updated September 23, 2021**

In this document:

- [Policy](#)
- [Exemption](#)
- [Testing](#)

## POLICY

**What is Kaiser Permanente's COVID-19 vaccination policy?**

Kaiser Permanente requires all employees to provide proof of COVID-19 vaccination or receive a qualified exemption as a condition of employment.

**Who does this policy apply to?**

The COVID-19 vaccination policy applies to all Kaiser Permanente employees in all work locations (KP facility or remote), including new hires, students, volunteers, and interns. Contingent workers and vendors who provide services on KP premises have similar requirements.

**What is the timeline to comply with this policy?**

- **By August 23**: Employees should go to [HRconnect](#) to verify their COVID-19 vaccination status or request a qualifying exemption. After this date, any employee who has not submitted proof of full vaccination will be required to follow workplace safety rules applicable to unvaccinated individuals, including routine proof of negative COVID-19 test results based on regional requirements. To check on the status of your verification, go to [this link](#).
- **August 24 through September 30**: Employees may use this additional time to become fully vaccinated and verify proof of vaccination, or to obtain an approved qualifying exemption.
- **October 1 through November 30**:
    - IMPORTANT UPDATE: Employees may continue to work on October 1 and will not be placed on leave of absence if they HAVE COMPLETED their vaccine series (i.e., one dose of J&J; second dose of either Moderna or Pfizer) except where otherwise prohibited by state or local order.
    - While completing the 14-day waiting period for full immunization to take effect, employees will be treated as unvaccinated and must meet all applicable safety protocols and requirements, as required by location and job duties.
    - In locations where testing is required by public health orders for unvaccinated workers, employees must continue to test until they have completed the 14-day waiting period.

FOR INTERNAL USE ONLY

- o Anyone who has NOT COMPLETED the vaccine series before October 1 will be placed on leave of absence (including employees who have had a single dose of a two dose series) until series completion. Once the series is complete, the employee can return to work before the end of the 14-day waiting period except where prohibited by state or local order.
- Employees who are not fully vaccinated or who have not obtained an approved qualifying exemption will be placed on unpaid administrative leave up to a maximum of 60 days to provide proof of full vaccination or obtain an approved exemption.
- **December 1**: Employees who have not submitted proof of a completed vaccine series or who do not have an approved exemption will no longer be eligible to continue employment and will be terminated.

### How does an employee provide proof of vaccination?

Employees should go to HRconnect to verify their COVID-19 vaccination status or request a qualifying exemption, and should complete verification and any required testing and reporting during their regular working hours.

### Should employees respond if they are in the process of completing their vaccine series?

Yes. Starting September 8, the HRConnect system will allow employees with one dose of a two-dose vaccination series to upload their first dose into the system. The employee can update HRConnect with their second dose information upon completion of the series.  ALL regions should utilize the HR CONNECT tool to upload their "IN PROCESS" single dose to: https://kphr--c.na113.visual.force.com/apex/HRHD_2152E


### How does an employee confirm their verification was received?

Employees can access "My Cases" on HRconnect to verify the status of a vaccine verification submission.  A "pending" status means the submission has been received but not yet been validated. An "approved" status means the documentation has been validated and approved.

### Will employees get a sticker for their badge?

If you are fully vaccinated, you will receive a sticker for your badge based on the process used in your market. In some cases, it could be your manager who provides it and in other cases, you may receive it in the mail at your home address. Timing on sticker distribution may also vary by market.

### What happens to employees who do not comply with this policy?

Employees who do not comply will be placed on unpaid leave effective October 1, 2021, for a maximum of 60 days to provide proof of full vaccination or obtain an approved exemption. Employees who are not fully vaccinated or do not have an approved exemption by November 30, 2021, will no longer be eligible to continue employment and will be terminated.

### *NEW* Will employees who are put on unpaid administrative leave after September 30 lose their benefits?

If an employee is enrolled in benefits at the time they are placed on unpaid administrative leave, benefits will continue during the 60-day unpaid leave of absence.

### *NEW*  Will the unpaid administrative leave affect an employee's benefits or absence accruals?

Employees who are on unpaid administrative leave will maintain benefits and will not be billed for benefits during the unpaid administrative leave period. The unpaid administrative leave will also not

FOR INTERNAL USE ONLY

affect the employee's absence accruals. Employees will not be eligible to use any of their paid absence time during the unpaid administrative leave.

**Will employees receive time off to get vaccinated?**

Employees are eligible for up to 2 hours of paid time (for each initial series shot) to get vaccinated at a location of their choice during working hours.

**Do employees have to get vaccinated at a KP facility?**

No. Employees can get vaccinated at a location of their choice, but we encourage employees to get vaccinated at a KP facility as it is easy, convenient, and preferable.

**Are employees who are terminated for not being vaccinated or having an approved qualified exemption eligible for rehire?**

Yes. Employees who are terminated because they failed to get vaccinated or fail to qualify for a medical or religious exemption will be eligible for rehire. All hires, however, are required to supply proof of full vaccination or receive approval for a medical or religious exemption.

**What if an employee has an adverse reaction to a COVID-19 vaccination?**

Kaiser Permanente will provide employees with up to 8 hours of paid COVID-19 Adverse Reaction Leave (for each initial series shot) if an employee has an adverse reaction, is unable to work, and provides confirmation of the adverse reaction from a physician. This benefit takes effect Monday, August 23, and ends October 1, 2021. California-based employees must use any available California COVID-19 leave benefits before becoming eligible for any COVID Adverse Reaction Leave benefit.

**Will there be any monetary incentives for vaccination?**

There are no monetary incentives for getting vaccinated.

**Why isn't natural immunity considered as fulfilling the requirements of this policy?**

Kaiser Permanente policy and health orders in several of our jurisdictions require full vaccination even for employees who have had COVID-19.  Evidence is emerging that people **get better protection by being fully vaccinated** compared with having had COVID-19.

**Where can I get more information about this policy?**

For additional information on the COVID-19 vaccination requirement, see the policy COVID-19 Vaccination for KP Workforce Members in the KP Policy Library.

# EXEMPTION

**What is a qualifying medical condition exemption?**

There are limited circumstances in which an employee may be prevented from receiving a vaccination because of a medical condition. These will generally be medical conditions or disabilities recognized by the FDA or CDC as a contra-indication to COVID-19 vaccination.

**What documentation do employees need to provide to request the qualifying medical condition exemption?**

In addition to signing the online COVID-19 vaccination exemption form under the penalty of perjury, employees will need to have a physician or licensed medical professional fill out a form certifying that they have a medical condition that prevents them from receiving any COVID-19 vaccine. The COVID-19 vaccination exemption form can be found [here](here).

**Do employees have to use the form provided by KP to obtain the medical exemption?**

No, but any alternative form submitted must provide all of the information sought on the KP form and must clearly identify the medical professional who signed the form.

**What is a qualifying religious exemption?**

To qualify for a religious exemption, an employee must have a sincerely held religious belief, practice or observance that prevents them from receiving the COVID-19 vaccine. Simply being against vaccinations or having concerns about the safety of a vaccine is not sufficient to meet this exemption.

**What information do employees need to provide to request the religious exemption?**

In addition to signing the on-line COVID-19 vaccination exemption form under the penalty of perjury that they have a sincerely held religious belief, practice, or observance that prohibits them from receiving any COVID-19 vaccine, they will need to disclose the religion and the specific teaching or doctrine that prevents them from receiving the vaccine. The form can be found [here](here).

**When will an employee know if their exemption is approved or denied?**

Employees will receive an email letting them know if their exemption request is approved, denied, or if there are additional questions that require their response. If you have submitted a request for a religious or medical exemption and are awaiting a response, please know that your request is being reviewed and you will be notified of the results.

*NEW* **I have already submitted a request for religious exemption. Why have I not heard yet whether it is approved?**

In the course of our review of exemptions, as part of our ongoing compliance with state mandates and KP policy, it has come to our attention that many employees have submitted similar or nearly identical exemption requests containing language that was taken verbatim from various free and paid template forms available on the internet. Unfortunately, these findings will require us to perform additional review of all accommodation requests to ensure our continual compliance with our responsibilities under state mandates and KP policy. It is critical that we continue to keep the safety of our staff, patients, and the communities that we serve at the center of all that we do, and that we uphold our ethical standards as outlined in our Principles of Responsibility.

**You can expect a response to your exemption request soon and may be asked to provide additional information at that time:**

- **Requests for exemption must be in your own words**. If your exemption request used language copied from a template or form letter, **you will be asked to resubmit your request for exemption using your own words.** You will receive an email asking for more information if more detail is required.

FOR INTERNAL USE ONLY

- **If your exemption request included a personal statement in your own words**, you may be asked for additional information so that we can better understand the nature of your religious belief. You will receive an email if more detail is required.

- It is important that you provide accurate and truthful information when you submit an exemption request. Failure to do so can result in disciplinary action, up to and including termination of employment. **If you would like to cancel your previously submitted exemption request** and become vaccinated, we will not take any further action on your exemption request and you can then upload your vaccination information when it becomes available. **You can cancel your request by going to HRconnect: select "Complete exemption form,"** and then select the "Cancel previous request" option. Please do so as soon as possible but no later than September 30, 2021.

- **Should you choose to become vaccinated**, you can still meet the September 30 deadline by receiving the single-dose Johnson & Johnson vaccine. You can schedule a vaccine appointment by visiting kp.org and submit proof of vaccination on HRconnect.

*NEW* **Are employees who have already been provisionally approved for religious exemptions expected to provide more information?**

Employees who have already been provisionally approved for a religious exemption **continue to be provisionally approved**; however, note the following:

- **Requests for exemption must be in your own words**. If your exemption request used language copied from a template or form letter, **you will be asked to resubmit your request for exemption using your own words.** You will receive an email asking for more information if more detail is required.

- **If your exemption request included a personal statement in your own words**, you may be asked for additional information so that we can better understand the nature of your religious belief. You will receive an email if more detail is required.

- It is important that you provide accurate and truthful information when you submit an exemption request. Failure to do so can result in disciplinary action, up to and including termination of employment. **If you would like to cancel your previously submitted exemption request** and become vaccinated, we will not take any further action on your exemption request and you can then upload your vaccination information when it becomes available. **You can cancel your request by going to HRconnect: select "Complete exemption form,"** and then select the "Cancel previous request" option. Please do so as soon as possible but no later than September 30, 2021.

- **Should you choose to become vaccinated**, you can still meet the September 30 deadline by receiving the single-dose Johnson & Johnson vaccine. You can schedule a vaccine appointment by visiting kp.org and submit proof of vaccination on HRconnect.

**Who approves or denies exemptions?**

Each market has a team of trained people from Human Resources, supported by Employee Health and Legal, who ensure that a careful review of each exemption is completed.

FOR INTERNAL USE ONLY

**What happens after an employee receives an exemption?**

For the purposes of the vaccination process, employees who submit proof of a qualifying exemption will be considered unvaccinated and may be subject to additional safety protocols, such as masking, social distancing, educational training, and/or testing. It is also important to note that approval is provisional. The decision to approve, and actions taken to accommodate the exemption, are subject to change based on frequently changing conditions, such as COVID-19 infection levels, and changes in public health guidance, legal requirements, and KP policies and practices.

**Is an employee's exemption status confidential?**

Yes. KP complies with the Americans with Disabilities Act, Title VII of the Civil Rights Act, and other applicable federal and state laws, including requirements to maintain employee confidentiality. KP further prohibits any form of retaliation against any workforce member who in good faith asserts their rights under the Americans with Disabilities Act, Title VII of the Civil Rights Act, and other applicable federal and state laws.

# TESTING

**Who needs to be tested?**

As of August 24, 2021, California-based employees who have not provided proof of full vaccination by an FDA- or WHO-approved vaccine and are working in an acute care setting (hospitals, skilled and intermediate care facilities) or a non-acute care setting (medical office buildings, clinics, home health, and other patient-facing settings) are required to be tested for COVID-19 either twice a week or once a week, depending on where they work.

In addition:

- California-based employees who have applied for a medical or religious exemption from the vaccination requirement who work in covered medical settings are required to test.
- California-based employees who are working remotely must show negative COVID test less than 48 hours old if they are going to a health care setting to work.

Markets outside of California will begin testing requirements if local or state orders apply to the workforce.

**How often does an employee need to be tested for COVID-19?**

Required testing frequency of the unvaccinated workforce is driven by the medical settings (acute vs other health care setting) and work location. Requirements for the California market are per California health order, for markets outside of California by applicable local health orders or KP policy.

- **Employees who work in an acute care setting** (including general acute care hospitals, skilled and intermediate care facilities) are required to test twice weekly.
- **Employees who work in a non-acute care setting** (including ambulatory surgery centers, outpatient clinics, dental, dialysis, hospice, home health, substance abuse, and mental health facilities) are required to test once weekly.
- **On-call employees:**
  - Required to test when they are actively working at least one shift per week in an acute or other health care setting. On-call employees must be tested or show negative

FOR INTERNAL USE ONLY

- COVID-19 test results that are less than 48 hours old at the start of their shift, in compliance with the local facility testing procedures in place.
    - The frequency of testing will be based on the type of setting and number of shifts worked in the week. In an acute setting, they should test twice weekly if working two or more shifts and once weekly if working one shift. In other health care settings, they should test once weekly if working at least one shift.
    - Do not need to test if they are not actively working at least one shift per week on assignment at Kaiser Permanente.
- **Remote workers** must be tested or show negative COVID test less than 48 hours old at the start of their shift if they are going to a KP acute or other health care setting to work but otherwise are not required to test.
- **Volunteers, students, physicians, contingent (temporary staff), and vendors** are required to test with the same frequency as the rest of the workforce based on scheduled hours of work.

**How do employees submit their test results?**

Employees are responsible for uploading their test results into HRconnect as follows to be considered compliant with on-going testing requirements:

If an employee completed a **rapid antigen testing at a KP facility,** a result form may be provided with sign-off by the testing observer. This result form must be uploaded into HRConnect after each test received.

If an employee **received testing from a non-KP facility**, the test must be in compliance with state-approved test types, which include antigen, PCR, or NAAT tests that are FDA or EUA approved. The test result must be uploaded into HRConnect after each test received.

- Test result reports must be provided by an authorized testing agency and contain the employee's full name, test type received, date of test, and result status (please ensure that your photo upload captures all of these elements).
- Unaccepted forms of evidence for testing include: hand-written notes not issued by testing agency; an image of an at-home test strip; a test report without complete information as specified above.

Self-reported test results will be subject to review by KP's internal audit team.

**How long should an employee wait between tests if they are required to test twice weekly?**

- In general, employees should wait at least 48 hours after the first test of the week before obtaining the second test, and the results of the first test should be available before the second test is obtained.
- Ideally, the second test should be performed approximately three or four days after the first test for the week.
- If following these guidelines does not fit with your work schedule, please consult with your manager to determine an appropriate testing schedule.

**Will employees be compensated for testing time?**

Testing will be made available at no cost to employees and during working time.

**Can employees work while awaiting test results?**

FOR INTERNAL USE ONLY

Employees may work while test results are pending if they are not symptomatic.

**What happens when an employee receives their test results?**

- **If the result is negative**, the employee is cleared to work, if they are not symptomatic.
- **If the result is positive**, the employee should self-isolate and contact their local Employee Health Services and supervisor/manager.
- **If the result is inconclusive**, a follow-up self-administered rapid antigen test will be provided (~15 min to complete). If still inconclusive, a rapid PCR test will be provided to determine work status. Employees may work while test results are pending if they are not symptomatic.

**Does an employee who is partially vaccinated need to receive testing?**

Employees who are not fully vaccinated will need to complete testing until they complete their vaccination series.

**Can an employee use sick leave if they test positive?**

Yes. They can use available banked leave as provided under policy or applicable collective bargaining agreement. In California, employees should use available COVID leave banks.

**Do employees who are recovering from COVID-19 need to receive testing?**

Employees who are unvaccinated and asymptomatic following a COVID-19 infection and have been cleared by their physician to discontinue isolation and return to work, should provide medical release documentation to their manager and are waived from testing for 90 days following the initial laboratory diagnosis (positive COVID-19 test). Evidence of a previously positive test must be submitted into [HRConnect](HRConnect) through the "test upload tool." Within the form, select the check-box to request a temporary testing waiver and complete all required fields and document submissions.

**Does Kaiser Permanente accept COVID-19 test results from testing sites outside of Kaiser Permanente?**

The preference is that employees test onsite at a KP health care facility during paid working time. However, health care workers may provide results from tests performed within 48 hours from an outside testing site if the documentation is from:

- A lab that is CLIA-certified and California licensed using an Emergency Use Authorization-approved test or Lab Developed Test as noted on the laboratory report per regulation.
- The test must either have Emergency Use Authorization by the FDA or be operating per the Laboratory Developed Test requirements developed by the U.S. Centers for Medicare and Medicaid Services

**Does this testing policy apply to per diem health care workers?**

Yes, on the weeks they are working on-site.

**What are the testing requirements for people who work in administrative buildings?**

The California Department of Health order requires testing for individuals working in clinical settings only.

**Can KP use my COVID-19 testing samples for other purposes, such as research or genetic sequencing?**

FOR INTERNAL USE ONLY

No. State and laboratory accrediting bodies stipulate that laboratory testing must comply with the physician's order. After completing the COVID-19 test, Kaiser Permanente immediately disposes of all samples according to appropriate health and safety protocols. Kaiser Permanente does not re-use specimens for any other purposes without obtaining prior written consent.

**Vaccinated people can still be contagious. Shouldn't they have to be tested?**

Kaiser Permanente follows the most current CDC and public health guidelines regarding management of vaccinated and unvaccinated individuals.

**Where can I get more information?**

For information on the safety and effectiveness of the COVID 19 vaccine, go to [kp.org/covidvaccine](kp.org/covidvaccine).
See the [COVID-19 Verification Process](COVID-19 Verification Process) page for more information.