# EXHIBIT B

Job Aid | **Employee Health Consent for COVID Test Results Release of Information**

| Instructions to Authorize Automatic Uploading of Your COVID-19 Test Results |
|---|

1. Click https://kp.org/workplace/covid-results or link from HR hub page and sign into KP SSO screen.
2. Scroll down to read the authorization form.
   - The authorization will relieve you of needing to manually uploading your test results in the future.
   - The duration of the authorization varies depending on your market. See the bottom of the form for details.
   - The authorization may be revoked at any time but doesn't apply to any information shared earlier.
   - Press the CANCEL button to start over at any time.
3. Select either **Authorize** or **Do Not Authorize** button.

**KAISER PERMANENTE**

AUTHORIZATION FOR EMPLOYEE HEALTH USE AND/OR DISCLOSURE OF HEALTH INFORMATION

As a Kaiser Permanente (KP) employee, I have a record of employment-related health information ("**Employee Health Record**") and a medical record of any care received from Kaiser Permanente ("**KP Medical Record**"). My Employee Health Record and KP Medical Record are maintained separately and are subject to confidentiality requirements that limit how they may be used, accessed, or disclosed.

<u>Purpose of Authorization</u>. To enable KP Employee Health to (1) place orders for diagnostic tests or other services and to receive results of tests and reports of services needed to evaluate my health status in relation to employment or job placement criteria, for workplace safety monitoring or other activities required by law; and (2) provide health information to my KP healthcare providers for care coordination (collectively, the "Permitted Purposes"), Employee Health seeks my authorization to view, access, and otherwise use or disclose the following information ("Health Information"):

- Information about immunity to, or immunization titers for, infectious diseases, including but not limited to, rubella, rubeola, mumps, varicella zoster (chicken pox), Hepatitis A, Hepatitis B, Influenza and Tdap.
- Information about infectious diseases that have the potential to be transmitted within the workplace, such as tuberculosis, SARS-CoV-2, and other novel pathogens; including information related to vaccination (including allergic reactions thereto), diagnosis, treatment, test results and X-rays.

<u>Duration</u>: This authorization remains in effect according to regional requirements, as listed below.

<u>Revocation</u>: I may revoke authorization by submitting a written request to my Regional Employee Health Department. My revocation will not apply to Health Information accessed or disclosed prior to its receipt.

<u>Re-Disclosure</u> of the Health Information may occur if required or permitted by law.

*Kaiser Permanente will not condition employment, treatment, payment, enrollment, or eligibility for benefits on my providing or refusing to provide this authorization. If I do not sign this authorization, I may be asked to provide other documentation of compliance with conditions of my employment.*

○ I Hereby <u>Authorize</u> Kaiser Permanente Employee Health to access, view, or use Health Information contained in my KP Medical Record and to provide Health Information from my Employee Health Record for inclusion in my KP Medical Record for the Permitted Purposes.

○ I <u>Do Not Authorize</u> Kaiser Permanente Employee Health to access my KP Medical Record for any purpose that would require my authorization. I understand Kaiser Permanente may still disclose my Health Information as permitted by law.

A copy of this authorization is as valid as the original. I have a right to a copy of this authorization.

[ Cancel ]

**Duration:** <u>NW, MAS, WA</u>: 1yr; <u>CO</u>: 2yr; <u>SCAL</u>:10 yrs; <u>NCAL, HI, GA, MHS</u>: Until termination of employment.



| Authorize Automatic Uploading of Test Results |
|---|

4. After selecting the **Authorize** button, select your workforce category from the dropdown menu.
   - Regular employee
   - Physician
   - Contingent worker/contractor/vendor/volunteer

5. Select your region.

6. Enter KP Medical Record Number.

7. Enter date of birth (mm/dd/yyyy).

8. Type your name into the box to certify that the statements made above are true and correct.

9. Hit the Submit button to finish.

(Form shown on right side:)

● I Hereby Authorize Kaiser Permanente Employee Health to access, view, or use Health Information contained in my KP Medical Record and to provide Health Information from my Employee Health Record for inclusion in my KP Medical Record for the Permitted Purposes.

○ I Do Not Authorize Kaiser Permanente Employee Health to access my KP Medical Record for any purpose that would require my authorization. I understand Kaiser Permanente may still disclose my Health Information as permitted by law.

A copy of this authorization is as valid as the original. I have a right to a copy of this authorization.

Date:
Sep 07, 2021

WORKFORCE CATEGORY:
[Select Your Workforce Category ▼]

REGION IN WHICH YOU GET MEDICAL CARE:
[Select Your Region ▼]

FULL MRN (AS SEEN ON MEMBERSHIP CARD, NUMBERS ONLY):
[          ]

DATE OF BIRTH:
[mm/dd/yyyy]

By typing in my name below, I declare under penalty of perjury under the laws of the State in which I work that the statements above are true and correct.

NAME:
[          ]

[Cancel]  [Submit]

Duration: NW, MAS, WA: 1yr; CO: 2yr; SCAL: 10 yrs; NCAL, HI, GA, MHS: Until termination of employment.

10. If this screen appears, there was a problem with some of the data entered. Please click **Try Again** and verify your information.



11. This screen indicates a successful authorization.





**Do Not Authorize Automatic Uploading of Test Results**

12. After selecting the **Do Not Authorize** button, select your workforce category from the dropdown menu.
    - Regular employee
    - Physician
    - Contingent worker/contractor/vendor/volunteer

13. Select your region.

14. Enter KP Medical Record Number.

15. Enter date of birth (mm/dd/yyyy).

16. Type your name into the box to certify that the statements made above are true and correct.

17. Hit the Submit button to finish.

---

○ I Hereby Authorize Kaiser Permanente Employee Health to access, view, or use Health Information contained in my KP Medical Record and to provide Health Information from my Employee Health Record for inclusion in my KP Medical Record for the Permitted Purposes.

○ I Do Not Authorize Kaiser Permanente Employee Health to access my KP Medical Record for any purpose that would require my authorization. I understand Kaiser Permanente may still disclose my Health Information as permitted by law.

A copy of this authorization is as valid as the original. I have a right to a copy of this authorization.

Date:
Sep 07, 2021

WORKFORCE CATEGORY:

[ Select Your Workforce Category ▼ ]

REGION IN WHICH YOU GET MEDICAL CARE:

[ Select Your Region ▼ ]

FULL MRN (AS SEEN ON MEMBERSHIP CARD, NUMBERS ONLY):

[                    ]

DATE OF BIRTH:

[ mm/dd/yyyy ]

By typing in my name below, I declare under penalty of perjury under the laws of the State in which I work that the statements above are true and correct.

NAME:

[                    ]

[ Cancel ]  [ Submit ]

Duration: NW, MAS, WA: 1yr; CO: 2yr; SCAL:10 yrs; NCAL, HI, GA, MHS: Until termination of employment.

18. If this screen appears, there was a problem with some of the data entered. Please click **Try Again** and verify your information.



19. This screen indicates a successful revocation.



