John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Marshall A. Camp, State Bar No. 231389
mcamp@hueston.com
Joseph A. Reiter, State Bar No. 294976
jreiter@hueston.com
Haoxiaohan Cai, State Bar No. 331131
hcai@hueston.com
Joseph Crusham, State Bar No. 324764
jcrusham@hueston.com
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:     (213) 788-4340
Facsimile:      (888) 775-0898

*Attorneys for Defendants Kaiser Foundation Hospitals, Kaiser Foundation Health Plan, Inc., The Permanente Medical Group, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED KP FREEDOM ALLIANCE, an unincorporated association; LE-LAN JORGENSEN, an individual; LAURA YVANOVICH, an individual; ROBIN DRUMMOND, an individual, TRACEY FORD, an individual; NATALIE OGLE, an individual; and NATHAN LEAVITT, an individual,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>KAISER PERMANENTE (Kaiser Foundation Hospitals, Kaiser Foundation Health Plan, Inc., The Permanente Medical Group, Inc.) and DOES I-X,<br><br>　　　　Defendants. | Case No. 3:21-cv-07894-VC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF KAISER PERMANENTE'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4<br>Hearing Date: December 9, 2021<br>Hearing Time: 10:00 a.m. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Defendants Kaiser Foundation Hospitals, Kaiser Foundation Health Plan, Inc., and The Permanente Medical Group, Inc. (collectively, "Kaiser Permanente") respectfully request that this Court take judicial notice of certain websites and data that are in the public record and not subject to reasonable dispute.

In the context of a motion for preliminary injunction, the Court may consider documents and information subject to judicial notice. *See* FED. R. CIV. P. 65(a)(2). "Judicial notice under Rule 201 permits a court to notice an adjudicative fact if it is 'not subject to reasonable dispute.'" *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018) (quoting FED. R. EVID. 201(b)). A fact is "not subject to reasonable dispute" if it is "generally known," or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201(b)(1)-(2).

When considering challenges to COVID-19 mitigation measures, courts have held that reports, guidance, and data from the CDC, California Department of Public Health (CDPH), and other government agencies are the proper subject of judicial notice. *See, e.g.*, *Guilfoyle v. Beutner*, 2021 WL 4594780, at *24 (C.D. Cal. Sept. 14, 2021) ("As these are available publicly, they are authored by government agencies, their authenticity cannot be questioned reasonably, and they are relevant to the issues raised in the Motion to Dismiss, the Court takes judicial notice of these documents."); *Images Luxury Nail Lounge, Inc. v. Newsom*, 2021 WL 3686759, at *4 (C.D. Cal. July 13, 2021) (same).

Accordingly, Kaiser Permanente respectfully requests the Court take judicial notice of the following:

1. ***Myths and Facts about COVID-19 Vaccines***, CDC, available at https://www.cdc.gov/coronavirus/2019-ncov/vaccines/facts.html (last accessed November 12, 2021). The facts contained on this website are judicially noticeable

because they are from an official government website and not the subject of reasonable dispute.

2. ***COVID-19 Vaccine Effectiveness***, CDC, available at https://www.cdc.gov/coronavirus/2019-ncov/vaccines/effectiveness/index.html (last accessed November 12, 2021). The facts contained on this website are judicially noticeable because they are from an official government website and not the subject of reasonable dispute.

3. ***Delta Variant: What We Know About the Science***, CDC, available at https://www.cdc.gov/coronavirus/2019-ncov/variants/delta-variant.html (last accessed November 12, 2021). The facts contained on this website are judicially noticeable because they are from an official government website and not the subject of reasonable dispute.

4. ***Safety of COVID-19 Vaccines***, CDC, available at https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/safety-of-vaccines.html (last accessed November 12, 2021).   The facts contained on this website are judicially noticeable because they are from an official government website and not the subject of reasonable dispute.

5. ***State Public Health Officer Order of August 5, 2021***, CDPH, available at https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/COVID-19/Order-of-the-State-Public-Health-Officer-Health-Care-Worker-Vaccine-Requirement.aspx   (last accessed November 12, 2021).   This Order is the proper subject of judicial notice because it is from an official government website and not the subject of reasonable dispute.

- 4 -

Dated: November 12, 2021

Respectfully submitted,

HUESTON HENNIGAN LLP

By: _____
John C. Hueston
Marshall A. Camp
Joseph Reiter
Haoxiaohan Cai
Joseph Crusham

*Attorneys for Defendants Kaiser Foundation Hospitals, Kaiser Foundation Health Plan, Inc., and The Permanente Medical Group, Inc.*