George Wentz, Jr. (*Pro hac vice application forthcoming*)
**Davillier Law Group, LLC**
935 Gravier Street, Suite 1702
New Orleans, Louisiana 70112
Tel:    208-920-6140
Email: gwentz@davillierlawgroup.com

John W. Howard (SBN 802000)
Michelle D. Volk (SBN 217151)
Andrew G. Nagurney (SBN 301894)
**JW Howard/Attorneys, Ltd.**
701 B Street, Suite 1725
San Diego, California 92101
Tel: 619-234-2842 Fax: 619-234-1716
Email: Johnh@jwhowardattorneys.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED KP FREEDOM ALLIANCE, an unincorporated association; LE-LAN JORGENSEN, an individual; LAURA YVANOVICH, an individual; ROBIN DRUMMOND, an individual, TRACEY FORD, an individual; NATALIE OGLE, an individual; and NATHAN LEAVITT, an individual;<br><br>          Plaintiffs,<br>     v.<br><br>KAISER PERMANENTE (Kaiser Foundation Hospitals, Kaiser Foundation Health Plan, Inc., the Permanente Medical Group, Inc.) and DOES I-X;<br><br>          Defendants. | Case No. 3:21-cv-07894-VC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE**<br><br>Judge: Hon. Vince Chhabria<br>Dept:   Courtroom 4<br><br>Complaint Filed: 10/07/2021<br>Trial Date:  None set |

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL:

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiffs UNITED KP FREEDOM ALLIANCE, LE-LAN JORGENSEN,

LAURA YVANOVICH, ROBIN DRUMMOND, TRACEY FORD, NATALIE OGLE, and NATHAN LEAVITT, voluntarily dismiss without prejudice the entire above-entitled action. The dismissal is made before service of an answer or motion for summary judgment and shall be without prejudice, with each side to bear its own costs and fees.

Dated: 11/30/2021                                                **JW Howard/ Attorneys, Ltd.**

/s/ John W. Howard
John W. Howard
Attorneys for Plaintiffs